■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES POWELL, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered March 31, 1977, convicting him of criminal sale of a controlled substance in the second degree, upon a jury verdict, and

imposing sentence. Judgment reversed, on the law and as a matter of discretion in the interest of justice, and new trial ordered. The proof against the defendant was not overwhelming, a sharp issue of identification was presented, and the defendant adduced alibi testimony, all of which emphasized the importance of a fair trial. We find that the Assistant District Attorney, in her summation, exceeded the bounds of due process in her reference to defense counsel and the alibi witnesses (see *People v Sarmiento,* 40 AD2d 562; *People v Coles,* 47 AD2d 905; *People v Burnside,* 52 AD2d 626; *People v Tatum,* 54 AD2d 950). Since the issue of guilt was close, the references were prejudicial and require a new trial. Hopkins, J. P., Damiani, Titone and Suozzi, JJ., concur.